990

No. 621.  PREISLER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 631.  CORBETT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  *Vern Countryman* and *Alfred L. Scanlan* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 469, Misc.  IN RE ALLEN ET AL.  Supreme Court of California.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.  *Sidney Feinberg* for petitioners.  *Edmund G. Brown,* Attorney General, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for the State of California.

No. 550.  McKENNA v. UNITED STATES, *ante,* p. 954;
No. 561.  AUREX CORPORATION ET AL. v. BELTONE HEARING AID Co., *ante,* p. 953;
No. 248, Misc.  ALLOCCO v. UNITED STATES, *ante,* p. 931; and
No. 382, Misc.  JENSEN v. OREGON, *ante,* p. 948.  Petitions for rehearing denied.